[No. 43495-1-I.    Division One.    April 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM PRIGMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10081-6, Ann Schindler, J., entered May 18, 1998. *Dismissed* by unpublished per curiam opinion.


[No. 43732-1-I.    Division One.    April 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY RAMONE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04824-5, James Bryan Street, J., entered November 23, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Appelwick, JJ.


[No. 42219-7-I.    Division One.    April 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN CRAIG CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00309-6, Richard J. Thorpe, J., entered February 23, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Becker, J.


[No. 42898-5-I.    Division One.    April 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY FLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-02151-1, Patricia Hall Clark and Laura Inveen, JJ., entered June 18, 1998. *Dismissed* by unpublished per curiam opinion.